IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:22-CR-00060-M
Case No. 4:24-CV-00015-M

ANDREW POTTER,

    Petitioner,

v.                                                                              ORDER

UNITED STATES OF AMERICA,

    Respondent.

This matter comes before the court on the United States' Motion to Dismiss Petitioner's Section 2255 Petition to vacate, set aside, or correct his sentence (the "Petition") [DE 52]. The court will defer consideration of the United States' Motion and the Petition pending a decision from the United States Court of Appeals for the Fourth Circuit in *United States v. Canada*. *See United States v. Canada*, 103 F.4th 257 (4th Cir. 2024), *cert. granted, judgment vacated*, No. 24-5391, 2024 WL 4654952 (U.S. Nov. 4, 2024) (remanding to Fourth Circuit "for further consideration in light of *United States v. Rahimi*, 602 U. S. ___ (2024).").

SO ORDERED this 5th day of November, 2024.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

1